IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF PUERTO RICO

**CARLOS MOYET-QUILES,**
**Petitioner**

v.   CIVIL NO. 06-1560(DRD)

**EDGARDO COLOMBA-RIVERA,**
**et al.,**
**Respondents**

### ORDER

Pending before the Court is the petitioner, Carlos Moyet-Quiles' state claim under 28 U.S.C. §2254, wherein he claims ineffective assistance of counsel, denial of his right to appeal, and violation of petitioner's constitutional rights under the Sixth and Fourteenth Amendment of the Constitution of the United States.

Petitioner is advised that before pursuing relief in federal courts, state prisoners first must exhaust all available state post-conviction remedies.  See 28 U.S.C. §2254(b)(1).  *Currie v. Matesanz*, 281 F.3d 261, 262 (1st Cir. 2002).

Therefore, petitioner is to provide and submit evidence showing that he exhausted state remedies, including all documents establishing the grounds and resolution on direct appeal of his conviction before the Puerto Rico Supreme Court and a motion under Rule 192.1 before the sentencing court.  **Petitioner is granted until July 21, 2006 to comply with this order. Petitioner is forewarned that failure to fully comply with this Order shall be deemed by the Court as a waiver of his rights and result in the dismissal of his claim against respondent with prejudice. Absolutely any request for an extension of time to comply shall be SUMMARILY DENIED.**  The Clerk of Court is **INSTRUCTED** to mail this Order to petitioner's address of record via certified mail with return receipt.

**IT IS SO ORDERED.**
In San Juan, Puerto Rico this 15th day of June 2006.

S/DANIEL R. DOMINGUEZ
DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE